BEFORE THE THIRD DIVISION, JULY 9, 1963

**No. 67886.**—The Budd Company *v.* United States, protest 62/12876 (Philadelphia).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise was manufactured or produced in the United States and was returned to the United States from abroad, without having been advanced in value or improved in condition, and that the applicable customs regulations have now been complied with, the claim of the plaintiff was sustained. Abstract 47521 followed.